## DAVIDSON v. STATE.
### No. 19863.

Court of Criminal Appeals of Texas.
June 8, 1938.

Thomas & Thomas, of Big Spring, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## DAVIDSON v. STATE.
### No. 19864.

Court of Criminal Appeals of Texas.
June 8, 1938.

Thomas & Thomas, of Big Spring, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary; punishment assessed at two years in the penitentiary.

The record is before us without a statement of facts or bills of exception, hence no question is presented for review. All matters of procedure appearing regular, the judgment will be affirmed.